**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Raychy Jacildo, an Individual; and Margaret Estrada,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:26-cv-00474-JAD-NJK<br>**Order Granting Stipulation to Extend Time**<br>**to File a Response to Plaintiffs Complaint**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiffs Raychy Jacildo, and Margaret Estrada ("Plaintiffs"), and Federal Defendant United States of America, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiffs filed their complaint on February 20, 2026. ECF No. 1.

Plaintiffs served the United States with a copy of the Summons and Complaint by personal service on March 16, 2026.

On April 27, 2026, Plaintiffs and Federal Defendant, through undersigned counsel, agreed to a 60-day extension of time for Federal Defendant to file a response to Plaintiffs Complaint, in order to obtain information from United Staes Probation Office ("USPO")

and to accommodate undersigned AUSA's heavy workload. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties submit this stipulation to a 30-day extension from May 15, 2026, to **June 15, 2026**, for Federal Defendant to file a response to Plaintiffs Complaint. This is Federal Defendant's first request for an extension of time. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 1st day of May 2026.

TODD BLANCHE
Acting Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Leonard H. Stone*
LEONARD H. STONE, ESQ.
*Attorney for Plaintiffs*

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED:** May 1, 2026

2