**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAYCHY JACILDO, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:26-cv-00474-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by July 31, 2026.

IT IS SO ORDERED.

Dated: July 27, 2026

Nancy J. Koppe
United States Magistrate Judge