**LEONARD H. STONE, ESQ.**
Nevada Bar No. 5791
**KURT D. ANDERSON, ESQ.**
Nevada Bar No. 0093
**SHOOK & STONE, CHTD.**
710 South Fourth Street
Las Vegas, NV 89101
(702) 385-2220
lstone@shookandstone.com
kanderson@shookandstone.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYCHY JACILDO, an individual; and MARGARET ESTRADA, an individual,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 2:26-cv-00474-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 24 |

Plaintiffs RAYCHY JACILDO and MARGARET ESTRADA (collectively, "Plaintiffs"), by and through their counsel of record, Leonard H. Stone, Esq. and Kurt D. Anderson, Esq. of the law firm of Shook & Stone, Chtd., and Defendant UNITED STATES OF AMERICA ("Defendant" or "the United States"), by and through its counsel of record, James R. Sweetin, Esq., Assistant United States Attorney, hereby stipulate and agree as follows:

1. On October 19, 2026, Plaintiffs filed their Notice of Settlement (ECF No. 20), advising the Court that Plaintiffs and the United States had reached a settlement resolving all claims in this action.

2. The parties have executed a settlement agreement, and the terms of that agreement have been fully satisfied, including Defendant's payment of the agreed settlement funds.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant stipulate to and request the dismissal of this action in its entirety, including all claims that were asserted or could have been asserted herein, WITH PREJUDICE.

4. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

5. This Stipulation is timely submitted in accordance with the Court's directive that the parties file their Stipulation and Order for Dismissal on or before December 4, 2026.

6. The parties respectfully request that the Court enter an order dismissing this action with prejudice.

IT IS SO STIPULATED.

DATED this 10th day of November 2026.

**SHOOK & STONE, CHTD.**

/s/ Leonard H. Stone
LEONARD H. STONE, ESQ.
Nevada Bar No. 5791
KURT D. ANDERSON, ESQ.
Nevada Bar No. 0093
710 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

**TODD BLANCHE**
Deputy Attorney General of the United States
**SIGAL CHATTAH**
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

/s/ James R. Sweetin
JAMES R. SWEETIN, ESQ.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Attorneys for Defendant United States of America

**ORDER**

Based upon the foregoing Stipulation of the parties [ECF No. 24], and good cause appearing, IT IS ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety, with each party to bear its own attorneys' fees, costs, and expenses.

______________________________
UNITED STATES DISTRICT JUDGE

DATED: 11-20-26